UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| Jessi Scroggins, | Civil No. 6:15-CV-01338-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| Commissioner of Social Security, | |
| Defendant. | |

Following an award of benefits by the Administrative Law Judge after a stipulated remand from this Court, Plaintiff filed an unopposed motion for approval of attorneys fees under 42 U.S.C. § 406(b) in the amount of $9,629.63. ECF No. 29. Subtracted from that amount is $4,918.13 in previously paid EAJA fees, for an actual payment request of $4,711.50. The court may award a reasonable fee up to 25% of the retroactive benefits. 42 U.S.C. § 406(b). The court finds that the fee is reasonable as it is based on the contractual fee agreement labeled Exhibit 3 and the fee constitutes roughly 22.5% of the $42,846.00 in retroactive benefits. The Court therefore awards the requested attorneys fees. Plaintiff's motion, ECF No. 29, is GRANTED.

IT IS SO ORDERED this 11th day of August, 2017.

_____/s/ Michael McShane_____
UNITED STATES DISTRICT JUDGE